UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY STITCH,<br>Plaintiff<br><br>vs.<br><br>ALLIANCE ONE RECEIVABLES<br>MANAGEMENT, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO.  11-CV-3746 |

## STIPULATION OF DISMISSAL

AND NOW, this 3rd day of November 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.


Warren & Vullings, LLP


BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff



Winston & Winston, PC

By:*/s/Aleksander Piotr Powietrzynski*
Attorney for Defendant